## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Willet Walter Thomas, | : | |
| | : | Bky. No. 20-12232 PMM |
| Debtor. | : | |
| | : | |

**AND NOW**, upon consideration of the Debtor's Objection to Claim Number 6 filed by Petra Holdings LLC (doc. no. 20, the "Objection");

AND following a hearing on the Objection and for the reasons stated in the accompanying Memorandum Opinion:

It is hereby **ORDERED** that the Objection is **overruled**.

Date: March 23, 2021

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE